UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUSUM NARAYAN, | No. 2:15-cv-2257-JAM-KJN |
| Plaintiff, | |
| v. | ORDER |
| US BANK, NA, | |
| Defendant. | |

Plaintiff, proceeding without counsel, commenced this action on October 30, 2015. (ECF No. 1.) Thereafter, on February 24, 2016, attorney Andre Verdun filed a notice of appearance as counsel for plaintiff. (ECF No. 8.)

In light of the appearance of counsel on plaintiff's behalf, the court refers this action to the assigned district judge. Local Rule 302(c)(21) provides that magistrate judges shall conduct all appropriate pre-trial proceedings in "actions in which all the plaintiffs or defendants are proceeding *in propria persona*, including dispositive and non-dispositive motions and matters. Actions initially assigned to a Magistrate Judge under this paragraph shall be referred back to the assigned Judge if a party appearing *in propria persona* is later represented by an attorney in accordance with L.R. 180." E.D. Cal. L.R. 302(c)(21). Here, after the appearance of counsel on plaintiff's behalf, and with defendant also represented by counsel, neither all the plaintiffs nor all

1

the defendants in this action are proceeding *in propria persona*. Therefore, further proceedings in this action, other than discovery motions and matters otherwise appropriately referred to the undersigned under the court's Local Rules, should now be noticed before the assigned district judge.

Accordingly, IT IS HEREBY ORDERED that:

1. This case is referred to the assigned district judge pursuant to Local Rule 302(c)(21).
2. All dates before the undersigned, including the March 10, 2016 status conference, are VACATED.
3. Henceforth the caption on documents filed in this action shall be 2:15-cv-2257-JAM-KJN, and the Clerk of Court shall remove the *pro se* designation on the docket.

IT IS SO ORDERED.

Dated: February 25, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE