# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KUSUM NARAYAN,** an individual;<br><br>        Plaintiffs,<br><br>    vs.<br><br>**US BANK, NA.** and **DOES 1 through 10**, inclusive,<br><br>Defendant. | Case #: 2:15-cv-02257-JAM-KJN<br><br>**ORDER** |

Good cause having been shown:

1. Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and L.R. 7-1, Plaintiff may amend the Complaint.
2. This case is to be referred to Arbitration pursuant to the Arbitration agreement;
3. This case be stayed pending the outcome of the Arbitration; and,
4. All pending events, including the Motion to Compel Arbitration is to be taken off calendar.

   **IT IS SO ORDERED.**

Dated: 4/5/2016

/s/ John A. Mendez_____
Hon. Judge John A. Mendez
District Court Judge for the
Eastern District of California